UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-14047-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALLAN DEMETRIUS BRADFORD,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Appropriateness of Counsel's CJA Voucher for Attorney's Fees regarding Criminal Justice Act Voucher FLS 13 1039 issued by Chief United States Magistrate Judge Frank J. Lynch, Jr, on March 30, 2016 [ECF No. 433]. Chief Magistrate Judge Lynch Jr, recommends that this Court, grant the CJA Voucher FLS 13 1039 and that James S. Benjamin, Esq. be paid a total sum of **$15,045.40**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. The Court notes Counsel's Notice of No Objection to the Report and Recommendation.

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Chief United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendations [ECF No. 433], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __7__ day of April, 2016.

                                        JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Lynch Jr.
James S. Benjamin, Esq
CJA Administrator